IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| 1726, Inc., a Hawaii corporation, dba Mark Glen Auctions; </br></br> Counterclaimant, </br></br> vs. </br></br> National Industrial Tire of Hawaii, Inc., a Hawaii corporation; Andrew Souza; and Roxann Souza, </br></br> Counterclaim Defendants. | Civil No. 14-00543 DKW-RLP </br></br> U.S. Bankr. Court-Hawaii </br> Case No. 14-00239 </br></br> Debtors: Miguel Alfonso Ramirez </br> and Valerie Shaffer De Ramirez </br></br> Adversary Proceeding # 14-90027 |

ORDER ADOPTING BANKRUPTCY JUDGE'S
RECOMMENDATION TO DISTRICT COURT
TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL

"Recommendation to District Court to Withdraw Reference to Conduct Jury Trial having been filed on December 3, 2014" and served on all parties on December 3, 2014 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. §157(c)(1) and Rule 9033(d) of the Federal Rules of Bankruptcy Procedure, the "Recommendation to District Court to Withdraw Reference to Conduct Jury Trial" is adopted as the opinion and order of this Court. Specifically, the Court shall enter an order setting Defendant 1726, Inc.'s counterclaim for a jury trial. The reference

of the counterclaim shall not be withdrawn until sixty days prior to the trial date.

Dated: December 23, 2014 at Honolulu, Hawai‘i.

IT IS SO ORDERED.



    /s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

1726, Inc., a Hawaii corporation, dba Mark Glen Auctions v. National Industrial Tire of Hawaii, Inc., a Hawaii corporation; Andrew Souza; and Roxann Souza; Civil No. 14-00543 DKW-RLP; **ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL**